UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRODERICK BURTON** | **CIVIL ACTION** |
| versus | **NO. 15-371** |
| **BURL CAIN, WARDEN** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Broderick Burton is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of May, 2016.

_____
United States District Judge